**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 13 |
| Lisa Lou Stevenson-Allen, <br> Matthew Stevenson Allen, | Case No.: 25-30934 |
| Debtor(s). | |

**NOTICE OF CONTINUED HEARING AND MOTION FOR RELIEF FROM AUTOMATIC STAY**

To:   The Debtors, Lisa Lou Stevenson-Allen and Matthew Stevenson Allen; Amanda M. Rosback, Esq. and Wesley W. Scott, Esq., their counsels of record; and the other entities specified in Local Rule 9013-3 (a).

Wells Fargo Bank, N.A, by its undersigned attorneys, Trott Law, P.C., hereby notifies you that the Notice of Hearing and Motion for Relief From Automatic Stay scheduled for Wednesday, January 7, 2026 at 1:30 P.M has been continued to Wednesday, January 21, 2026 at 1:30 P.M., Courtroom No. 8 West, at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard, before The Honorable Katherine A. Constantine, United States Bankruptcy Judge.

Respectfully submitted,

**TROTT LAW, P.C.**

Dated: January 2, 2026        By:   *s/ Robert J Shefferly*
Robert J Shefferly (#0401714)
Attorneys for Movant
25 Dale Street North
St. Paul, MN 55102
Phone: (651) 209-9785
Fax: (651) 292-9482
rshefferly@trottlaw.com

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
MINNESOTA

| In re:<br><br>Lisa Lou Stevenson-Allen,<br>Matthew Stevenson Allen,<br><br>Debtor(s). | Chapter 13<br><br>Case No.: 25-30934 |
|---|---|

**UNSWORN DECLARATION OF PROOF OF SERVICE**

I, Candace Lepley, with an office address of The Academy Professional Building, 25 North Dale Street, St. Paul, MN 55102-2227 declare that on January 2, 2026 I caused the following documents:

**Notice of Continued Hearing and Motion for Relief From Automatic Stay,**

to be filed electronically with the Clerk of the Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Gregory A Burrell, Trustee**
**U.S. Trustee** ustpregion12.mn.ecf@usdoj.gov, ecfbkup@comcast.net
**Amanda M. Rosback, Esq.,** isla@lifebacklaw.com
**Wesley W. Scott, Esq.,** sterling@lifebacklaw.com

I further declare that I caused a copy of the foregoing document to be mailed to the following non-ECF participants by enclosing in an envelope and mailed by First Class Mail with postage prepaid and depositing same in the post office at St. Paul, Minnesota:

| | |
|---|---|
| **Lisa Lou Stevenson-Allen**<br>**1568 Belmont Ave NW**<br>**Prior Lake, Minnesota 55379**<br><br>**Matthew Stevenson Allen**<br>**1568 Belmont Ave NW**<br>**Prior Lake, Minnesota 55379** | **U.S. Bank Home Mortgage, a division of**<br>**U.S. Bank National Association**<br>**Attn: Officer of the Company**<br>**2800 Tamarack Road**<br>**Owensboro, KY 42301** |

Additionally, I declare that I caused a copy of the foregoing documents to be mailed to the following non-ECF participants by enclosing in an envelope and mailed by Certified Mail with postage prepaid and depositing the same in the post office in St. Paul, Minnesota.

**U.S. Bank Home Mortgage, a division of U.S. Bank National Association**
**Attn: Officer of the Company**
**2800 Tamarack Road**
**Owensboro, KY 42301**

And I declare, under penalty of perjury, that the foregoing is true and correct.

                                                                                                      Respectfully submitted,

                                                                                                      **TROTT LAW, P.C.**

Dated: <u>January 2, 2026</u>                        By:   ***<u>s/ Candace Lepley</u>***
                                                                                      Candace Lepley
                                                                                      25 Dale Street North
                                                                                      St. Paul, MN 55102
                                                                                      Phone: (651) 209-9785
                                                                                      Fax: (651) 292-9482
                                                                                      clepley@trottlaw.com