UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Lisa Lou Stevenson-Allen,<br>Matthew Stevenson Allen,<br><br>                Debtors. | Chapter 13<br><br>Case No.: 25-30934 |

**AGREED ORDER DENYING RELIEF FROM STAY**

This case is before the court on the motion of Wells Fargo Bank, N.A. ("Wells Fargo") for relief from the automatic stay imposed by 11 U.S.C. § 362(a). Pursuant to the agreement of the parties, the debtors are delinquent in the amount of $6,491.57 through the hearing date; said sum includes the November 1, 2025 through January 1, 2026 mortgage payments at $3,138.27 per month and a credit for suspense $2,923.24.

Further, pursuant to the agreement of the parties,

1. The debtors shall pay the sum of $6,491.57 directly to the movant at: **Wells Fargo Home Mortgage, PO Box 14507, Des Moines, IA 50306**, on or before 12:00 P.M. on January 23, 2026.

2. The debtors agrees to pay the regular, monthly, post-petition mortgage payment to Wells Fargo for the month of February 2026 and thereafter.

3. In the event the debtors fails to make any of the above payments as and when due, then Wells Fargo may serve a notice of default on the debtors and their counsel, specifying the events of default.

4. If the debtors fails to fully cure the specified default within ten days after the date on which Wells Fargo through its counsel mails the notice of default, Wells Fargo may obtain relief from stay by filing an affidavit specifying the events of default, the notice given, and the

1

failure of the debtors to cure within the notice period. Wells Fargo is not required to allow the debtors to cure more than one (1) default during the term of this order. The court may enter an order granting Wells Fargo relief from the stay pursuant to an affidavit of default made and filed in accordance with this order without further notice or hearing.

5. The provisions of this order with respect to regular, monthly, installment payments will continue for the life of the plan.

6. The provisions of this order will apply to any successors or assigns of Wells Fargo.

7. In the event of the conversion of this bankruptcy case from chapter 13 to chapter 7, the movant may be entitled to immediate ex parte relief from the automatic stay.

IT IS ORDERED: The motion is denied.

Dated: *January 8, 2026*

*s/ Katherine A. Constantine*
United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

| | |
|---|---|
| In re: | Case No. 25-30934-KAC |
| Lisa Lou Stevenson-Allen | Chapter 13 |
| Matthew Stevenson Allen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf111 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lisa Lou Stevenson-Allen, Matthew Stevenson Allen, 1568 Belmont Ave. NW, Prior Lake, MN 55379-7802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: USBankBKNotices@nationalbankruptcy.com | Jan 08 2026 21:37:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + Email/Text: bknotices@szjlaw.com | Jan 08 2026 21:37:00 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Wells Fargo Bank, N.A. |
| intp | | Wells Fargo Bank, N.A. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 10, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

District/off: 0864-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 08, 2026 | Form ID: pdf111 | Total Noticed: 3

| Name | Email Address |
|---|---|
| Amanda M. Rosback | on behalf of Debtor 2 Matthew Stevenson Allen amanda@lifebacklaw.com amanda@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Amanda M. Rosback | on behalf of Debtor 1 Lisa Lou Stevenson-Allen amanda@lifebacklaw.com amanda@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Bradley J. Halberstadt | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto bankruptcy@szjlaw.com |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Robert Shefferly | on behalf of Interested Party Wells Fargo Bank N.A. rshefferly@trottlaw.com, clepley@trottlaw.com |
| Samuel R. Coleman | on behalf of Interested Party Wells Fargo Bank N.A. samuel@theacademylawgroup.com, denise@theacademylawgroup.com;candace@theacademylawgroup.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 2 Matthew Stevenson Allen silvan@lifebacklaw.com ScottWR72722@notify.bestcase.com |
| Wesley W. Scott | on behalf of Debtor 1 Lisa Lou Stevenson-Allen silvan@lifebacklaw.com ScottWR72722@notify.bestcase.com |

TOTAL: 10