LOCAL FORM 2016-1
REVISED 09/2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:  Case No. **25-30934**

**Lisa Lou Stevenson-Allen**
**Matthew Stevenson Allen**,  Chapter 13
         Debtor(s).

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR(S) IN CHAPTER 13 CASE**

The undersigned applicant, in accordance with Local Rule 2016-1(c) and the court's guidance, seeks compensation and reimbursement of expenses in the above-referenced chapter 13 case and provides the following information. **Any responses to this application are due within 21 days of the filing of the application. If no response to the application is filed, the court may enter an order without further notice or hearing.**

1. The applicant is the attorney for the debtor(s).

2. The status of the case is as follows:

   ☑ A plan was confirmed on __October 16, 2025__; or

   ☐ No plan has been confirmed and the case is pending; or

   The trustee has funds on hand in the amount of $__3,703.60__.

3. Applicant seeks allowance of fees and reimbursement of expenses as follows:

   Fees:

   | | |
   |---|---|
   | Required services (paragraph II) | $ _____ |
   | Postconfirmation modified plan (paragraph IV) | $ _____ |
   | Other services (paragraph V) | $ **1,000.00** |

   Expenses:

   | | |
   |---|---|
   | | $ _____ |
   | Filing Fee | $ _____ |
   | Copies _____ (#) @ $ _____ = | $ _____ |
   | Postage _____ (#) @ $ _____ = | $ _____ |
   | Other (Itemize) | $ _____ |
   | Total Expenses: | $ **0.00** |
   | Total Fees and Expenses: | $ **1,000.00** |

(collectively, "Requested Fees and Expenses.") If the requested expenses include costs in addition to the expenses listed above, an itemization is attached to this application.

4. Applicant agrees to provide a detailed statement of time expended upon request.

LOCAL FORM 2016-1
REVISED 09/2025

5. The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the applicant and actual, necessary expenses incurred on behalf of the debtor(s). The services provided consist of the following:

☐ Required services (paragraph II)

Detailed Narrative: [Refer to services in court's guidance.]

☐ Postconfirmation modified plan (paragraph IV)

Detailed Narrative: [Refer to services in court's guidance.]

☑ Other services (paragraph V):

☑ Resolving postconfirmation motion(s) for relief from the automatic stay;

☐ Resolving postconfirmation motion(s) to dismiss;

☐ Filing motion(s) for sale of real property;

☐ Filing motion(s) objecting to claim(s);

☐ Assisting the debtor(s) in complying with 11 U.S.C. § 521(f)(4); and

☐ Assisting the debtor(s) in responding to requests for information made in connection with an audit conducted pursuant to 28 U.S.C. § 586(f).

6. Regarding the Requested Fees and Expenses, the debtor(s) has/have paid applicant the sum of $ **0.00** as of January 12, 2026. The debtor(s) owe the applicant the sum of $ **1,000.00** for the unpaid balance.

7. The applicant has applied for fees and/or expenses in the case as follows:

| Date of Application | Amount of Application | Date of Order | Amount Allowed | Paid to Date |
|---|---|---|---|---|
| 03/31/2025 | $3,860.00 | 10/16/2025 | $3,860.00 | $3,500.00 |

8. The applicant has not shared or agreed to share with any other person, other than with members of the applicant's law firm, any compensation paid or to be paid in this case.

Therefore, the applicant requests an order awarding $ **1,000.00**, for total compensation and $ **0.00** for reimbursement of expenses and authorizing the trustee to pay the unpaid balance to applicant as provided in the plan.

Dated: **January 12, 2026**

Signed: **/s/ Amanda M. Rosback**
**Amanda M. Rosback 0397722**
Attorney for debtor(s)
**LifeBack Law Firm, PA**
**13 7th Avenue South**
**Saint Cloud, MN 56301**
**amanda@lifebacklaw.com**
**320-252-0330**
**0397722 MN**

LOCAL FORM 2016-1
REVISED 09/2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. **25-30934** |
| **Lisa Lou Stevenson-Allen**<br>**Matthew Stevenson Allen**,<br>        Debtor(s). | Chapter 13 |

**ORDER**

This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for Debtor(s) in Chapter 13 Case. Based on the application and the file, record and proceedings herein,

**IT IS ORDERED:** Applicant is awarded $ **1,000.00**, for total compensation and $**0.00** for reimbursement of expenses and the trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

**BY THE COURT:**

Dated: _____     _____
                                                          United States Bankruptcy Judge