**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Lisa Lou Stevenson−Allen
Matthew Stevenson Allen

Case No: 25−30934 − KAC

Debtor(s)

Chapter 13 Case

**ORDER GRANTING COMPENSATION**

It appears that the attorney for the debtor(s) filed an application for compensation for services and that the application conforms to Local Rule 2016−1(d).

IT IS THEREFORE ORDERED, the attorney for the debtor(s), Amanda M. Rosback, is awarded $1000.00 for compensation or reimbursement.

Dated: 2/4/26

s/ Katherine A. Constantine
United States Bankruptcy Judge

**mnbogrfee13** 13ofee 09/24