**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Lisa Lou Stevenson−Allen
Matthew Stevenson Allen

Case No: 25−30934 − KAC

Debtor(s)

Chapter 13 Case

## ORDER GRANTING COMPENSATION

It appears that the attorney for the debtor(s) filed an application for compensation for services and that the application conforms to Local Rule 2016−1(d).

IT IS THEREFORE ORDERED, the attorney for the debtor(s), Amanda M. Rosback, is awarded $1000.00 for compensation or reimbursement.

Dated: 2/4/26

s/ Katherine A. Constantine
United States Bankruptcy Judge

**mnbogrfee13** 13ofee 09/24

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 25-30934-KAC |
| Lisa Lou Stevenson-Allen | Chapter 13 |
| Matthew Stevenson Allen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 04, 2026 | Form ID: 13ofee | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lisa Lou Stevenson-Allen, Matthew Stevenson Allen, 1568 Belmont Ave. NW, Prior Lake, MN 55379-7802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda M. Rosback | on behalf of Debtor 2 Matthew Stevenson Allen amanda@lifebacklaw.com silvan@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Amanda M. Rosback | on behalf of Debtor 1 Lisa Lou Stevenson-Allen amanda@lifebacklaw.com silvan@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Bradley J. Halberstadt | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto bankruptcy@szjlaw.com |
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |

| District/off: 0864-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: 13ofee | Total Noticed: 1 |

Robert Shefferly
    on behalf of Interested Party Wells Fargo Bank  N.A. rshefferly@trottlaw.com, clepley@trottlaw.com

Samuel R. Coleman
    on behalf of Interested Party Wells Fargo Bank  N.A. samuel@theacademylawgroup.com, denise@theacademylawgroup.com;candace@theacademylawgroup.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

Wesley W. Scott
    on behalf of Debtor 1 Lisa Lou Stevenson-Allen silvan@lifebacklaw.com  ScottWR72722@notify.bestcase.com

Wesley W. Scott
    on behalf of Debtor 2 Matthew Stevenson Allen silvan@lifebacklaw.com  ScottWR72722@notify.bestcase.com


TOTAL: 10