B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Minnesota

In re  Lisa Lou Stevenson- Allen                    ,        Case No.    25-30934

Matthew Stevenson- Allen

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Freedom Mortgage Corporation                              Wells Fargo Bank, N.A.
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee             Court Claim # (if known): ___18-1___
should be sent: Freedom Mortgage Corporation             Amount of Claim: ___$293,195.61___
                Bankruptcy Department                     Date Claim Filed: ___05/22/25___
                11988 EXIT 5 PKWY, BLDG 4
                Fishers, IN 46037-7939
Phone: _855-690-5900_____                         Phone: _800-274-7025_____
Last Four Digits of Acct #: ___6361_____                  Last Four Digits of Acct. #: ___1386___

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs_____             Date:___08/11/2026_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.